1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID PETERSEN
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   2:10-CR-00399-EFB
                                   )
12            Plaintiff,           )   ORDER DISCHARGING
                                   )   PROBATION AND DISMISSING
13       v.                        )   PROCEEDINGS
                                   )
14  DAVID FISCHER,                 )
                                   )
15            Defendant.           )
    _____)

16

17       The United States of America reports that the defendant,

18  David Fisher, has complied with the conditions of probation and

19  recommends discharge from probation and dismissal of proceedings

20  without a judgment of conviction.

21       Pursuant to 18 U.S.C. § 3607, it is Hereby Ordered that the

22  defendant is discharged from probation and the proceedings are

23  dismissed without a judgment of conviction.

24       SO ORDERED.

25  Dated: May 3, 2012.

26                                 EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE
27

28